**Leo O. ROBINSON, Claimant–**
**Appellant,**

v.

**Eric K. SHINSEKI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 2012–7045.

United States Court of Appeals,
Federal Circuit.

July 15, 2013.

Bruce W. Ebert, Attorney at Law, of Roseville, California, argued for claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Joshua P. Mayer, Attorney, United States Department of Veterans Affairs, of Washington, DC.

LOURIE, SCHALL, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

**JUDGMENT**